ATTACHMENT(S)

Currently, Section 12003(b)(2) of the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") grants discretion to the Bureau of Prisons (BOP) to place inmates on home confinement under 18 U.S.C. § 3624(c)(2).  The BOP's discretion is guided by criteria listed in memoranda from the Attorney General.

After a comprehensive review of your circumstances, in accordance with the Attorney General's criteria, you are not eligible for home confinement placement. You current offense is violent and you also have prior convictions for violence.

>>> ~^!"CANALES-VILLALONGO, ~^!MIGUEL A" <71563066@inmatemessage.com> 5/3/2020 7:59 PM >>>
To: Warden, Mr. White
Inmate Work Assignment: Head Ordely

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
9a75a793-ca72-4da3-81b6-d9e09b060d75
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


Electronic Cop-out:

   I am respectfully requesting that I be immediately processed for the transfer to home confinement and then immediately transferred to home confinement under both the Cares Act and the Directive of the U.S. attorney, general williams Barr, as set forth in his april 3, 2020, memorandum fo Micheal Carvajal, director of the Federal Bureau of Prisons.

                                        Thank you for your consideration,

                                        Miguel A. Canales


file:///C:/Users/BOP43102/AppData/Local/Temp/XPgrpwise/5EB2A175ALXDOM1ALXP...   5/6/2020

Attachment #1

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | CANALES-VILLALONGO, MIGUEL A | | Reg #: | 71563-066 |
| Date of Birth: | 03/09/1988 | Sex: M   Race: WHITE | Facility: | ALF |
| Encounter Date: | 03/25/2020 09:45 | Provider: Phelan, Katherine MOA | Unit: | B01 |

Preventive Health Visit - Male encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1      Provider:** Phelan, Katherine MOA

**Chief Complaint:** Preventive Health Visit
**Subjective:**   Patient presents to health services unit for preventative health care screening.
**Pain:**         No

**ROS:**

**Preventive Health**

**Hypertension screening**

Yes: Blood pressure reviewed

**Colon Cancer**

No: Chronic ulcerative colitis or Crohn's disease, History of adenomas or colon cancer, Inflammatory bowel disease, Family history of colon cancer or adenomas, Fecal Occult Blood x 3 recommended per PHG, Colonoscopy recommended per PH guidelines

**Lipid Disorders**

No: Diabetes, Existing cardiovascular disease, Family history of elevated lipids, Father/grandfather heart attack or stroke <50, History of hypertension and smoking, Mother/grandmother heart attack or stroke <60

**Diabetes**

Yes: BMI Calculated (Value: 25.9), First degree relative with diabetes, FBS or HgbA1C recommended per PHG

No: Hyperlipidemia, B/P greater than 135/80 (treated or untreated), Overweight (BMI of 27kg/m or greater)

**Aspirin for CVD Risk**

No: Diabetes and >40, Diabetes & other risk factors: CVD, HTN, Diabetes & smoking, dyslipidemia, CVD Risk documented in comments

**Abdominal Aortic Aneurysm**

No: >65 yrs and history of smoking

**Hearing**

No: Occupational risk

**Substance Abuse**

No: Alcohol abuse history, Injection/non-injection drug use history, Tobacco abuse, Substance abuse referral PHG

**Lifestyle**

No: BMI > or equal 30

**Inf. Disease Screening**

Yes: Bloodborne path & immunization history reviewed, HIV screening offered

No: HCV testing offered, HBsAG indicated, RPR indicated (all female and male as indicated), TB screening reviewed/completed

**Vision Screening**

No: Visual Acuity (Snellen) testing completed

**Nursing Exam**

**Fall Risk (Morse Scale)**

*Attachment #2*

**Bureau of Prisons**
**Health Services**
**Health Problems**

| Reg #: 71563-066 | Inmate Name: CANALES-VILLALONGO, MIGUEL A | | | | | | |
|---|---|---|---|---|---|---|---|

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Current** | | | | | | |
| **Varicocele, scrotal varices** | | | | | | |
| 08/06/2015 17:08 EST  Vallejo-Rodriguez, Orlando MD      Grade I | III | ICD-9 | 456.4 | 08/06/2015 | Current | 08/06/2015 |
| **Allergic rhinitis, cause unspecified** | | | | | | |
| 06/01/2016 13:56 EST  Li, Richard MD | III | ICD-9 | 477.9 | 02/10/2015 | Current | 06/01/2016 |
| 06/04/2015 09:36 EST  Vallejo-Rodriguez, Orlando MD | III | ICD-9 | 477.9 | 02/10/2015 | Resolved | 06/04/2015 |
| 02/10/2015 10:03 EST  Chavarin, Robert PA | III | ICD-9 | 477.9 | 02/10/2015 | Current | 02/10/2015 |
| **Other abnormal tumor markers** | | | | | | |
| 04/22/2015 10:28 EST  Vallejo-Rodriguez, Orlando MD      ELEVATED AFP      April 16, 2015 - 12.64 ng/ml (0.00-7.00) | III | ICD-9 | 795.89 | 04/22/2015 | Current | 04/22/2015 |
| **No Diagnosis** | | | | | | |
| 08/25/2014 10:21 EST  Daniels, Beth PsyD/MHU | I | DSM-IV | No Dx | 08/25/2014 | Current | 08/25/2014 |
| **Screening for malignant neoplasm of testis** | | | | | | |
| 02/10/2015 10:00 EST  Chavarin, Robert PA | III | ICD-9 | V76.45 | 02/10/2015 | Current | 02/10/2015 |
| **Resolved** | | | | | | |
| **Epididymitis and orchitis , unspecified** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 604.90 | 04/22/2015 | Resolved | 06/04/2015 |
| 06/04/2015 09:36 EST  Vallejo-Rodriguez, Orlando MD | III | ICD-9 | 604.90 | 04/22/2015 | Resolved | 06/04/2015 |
| 04/22/2015 10:15 EST  Vallejo-Rodriguez, Orlando MD | III | ICD-9 | 604.90 | 04/22/2015 | Current | 04/22/2015 |
| **Throat pain** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 784.1 | 02/10/2015 | Resolved | 06/04/2015 |
| 06/04/2015 09:36 EST  Vallejo-Rodriguez, Orlando MD | III | ICD-9 | 784.1 | 02/10/2015 | Resolved | 06/04/2015 |
| 02/10/2015 10:00 EST  Chavarin, Robert PA | III | ICD-9 | 784.1 | 02/10/2015 | Current | 02/10/2015 |
| **Cough** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 786.2 | 02/10/2015 | Resolved | 06/04/2015 |
| 06/04/2015 09:36 EST  Vallejo-Rodriguez, Orlando MD | III | ICD-9 | 786.2 | 02/10/2015 | Resolved | 06/04/2015 |
| 02/10/2015 10:00 EST  Chavarin, Robert PA | III | ICD-9 | 786.2 | 02/10/2015 | Current | 02/10/2015 |

| Inmate Name: | CANALES-VILLALONGO, MIGUEL | | | Reg #: | 71563-066 |
|---|---|---|---|---|---|
| Date of Birth: | 09/03/1988 | Sex: | M   Race:   WHITE | Facility: | GUA |
| Encounter Date: | 06/02/2015 09:26 | Provider: | Vallejo-Rodriguez, | Unit: | B01 |

**Exam:**

     **Appearance**

        Yes: Appears Well, Alert and Oriented x 3

        No: Appears Distressed

   **Skin**

     **General**

        Yes: Within Normal Limits

   **Head**

     **General**

        Yes: Symmetry of Motor Function, Atraumatic/Normocephalic

   **Eyes**

     **General**

        Yes: PERRLA, Extraocular Movements Intact

   **Ears**

     **Tympanic Membrane**

        Yes: Within Normal Limits

     **Canal**

        Yes: Within Normal Limits

   **Pulmonary**

     **Auscultation**

        Yes: Clear to Auscultation

   **Cardiovascular**

     **Auscultation**

        Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

   **Abdomen**

     **Palpation**

        Yes: Within Normal Limits

**Exam Comments**

  Genital exam deferred - No chaperone available.

**ASSESSMENT:**

      Allergic rhinitis, cause unspecified, 477.9 - Resolved, History/Resolved, Not Assessed

      Cough, 786.2 - Resolved, History/Resolved, Not Assessed

      Epididymitis and orchitis , unspecified, 604.90 - Resolved, History/Resolved, Not Assessed

      Other abnormal tumor markers, 795.89 - Current, Temporary/Acute, Not Improved/Same - *SAME - NEED LABS TO EVALUATE*

      Screening for malignant neoplasm of testis, V76.45 - Current, Temporary/Acute, Not Improved/Same - *same*

      Throat pain, 784.1 - Resolved, History/Resolved, Not Assessed

**PLAN:**

**Schedule:**

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| Chronic Care Visit | 09/04/2015 00:00 | Physician 03 |

**Disposition:**

  Follow-up at Sick Call as Needed

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CANALES-VILLALONGO, MIGUEL A | | | Reg #: | 71563-066 |
| Date of Birth: | 03/09/1988 | Sex:   M   Race:  WHITE | | Facility: | COM |
| Encounter Date: | 06/01/2016 13:47 | Provider:  Li, Richard MD | | Unit: | B04 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**       **Provider:**  Li, Richard MD

   **Chief Complaint:** No Complaint(s)
   **Subjective:**   Always has "sinusitis" since childhood, with nasal congestion.
                  Has hx of hydrocele , but says this testicle doesn't bother him .
                  Takes no meds.
                  Family hx noncontributory. his father has unknown cancer.
   **Pain:**          No

**Seen for clinic(s):** General

**Removed from clinic(s):** General

**ROS:**
   **Cardiovascular**
      **General**
         No: Angina, Exertional dyspnea
   **Psychiatric**
      **General**
         No: Mood Impaired, Mood-Down, Anxious

**OBJECTIVE:**

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 06/01/2016 | 13:51 | COX | 97.6 | 36.4 | | Li, Richard MD |

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 06/01/2016 | 13:51 | COX | 60 | | | Li, Richard MD |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 06/01/2016 | 13:51 | COX | 18 | Li, Richard MD |

**Blood Pressure:**

| Date | Time | | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|---|
| 06/01/2016 | 13:51 | COX | 117/79 | | | | Li, Richard MD |
| 06/01/2016 | 13:51 | COX | 105/63 | | | | Li, Richard MD |

**SaO2:**

| Date | Time | | Value(%) | Air | Provider |
|---|---|---|---|---|---|
| 06/01/2016 | 13:51 | COX | 98 | | Li, Richard MD |

**Weight:**

| Date | Time | | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|---|
| 06/01/2016 | 13:51 | COX | 165.0 | 74.8 | | Li, Richard MD |

**Exam:**

| Inmate Name: | CANALES-VILLALONGO, MIGUEL A | | | Reg #: | 71563-066 |
|---|---|---|---|---|---|
| Date of Birth: | 03/09/1988 | Sex: | M   Race:   WHITE | Facility: | COM |
| Encounter Date: | 06/01/2016 13:47 | Provider: | Li, Richard MD | Unit: | B04 |

**Exam:**

**Diagnostics**
    **Laboratory**
        Yes: Results

**General**
    **Appearance**
        Yes: Appears Well
        No: Appears Distressed

**Head**
    **General**
        Yes: Atraumatic/Normocephalic

**Eyes**
    **General**
        Yes: PERRLA, Extraocular Movements Intact

**Mouth**
    **Mucosa**
        Yes: Within Normal Limits

**Neck**
    **General**
        Yes: Supple
        No: Lymphadenopathy

**Pulmonary**
    **Auscultation**
        Yes: Clear to Auscultation

**Cardiovascular**
    **Observation**
        No: Tachycardia, Bradycardia
    **Auscultation**
        Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
        No: M/R/G

**Abdomen**
    **Palpation**
        Yes: Soft
        No: Tenderness on Palpation

**Musculoskeletal**
    **Ankle/Foot/Toes**
        No: Edema

**Neurologic**
    **Cranial Nerves (CN)**
        Yes: Within Normal Limits
    **Motor System-General**
        Yes: Normal Muscular Bulk, Normal Muscular Tone

**Mental Health**
    **Affect**
        Yes: Appropriate
        No: Anxious, Sad

**ROS Comments**

exercise 3 x a week

| Inmate Name: | CANALES-VILLALONGO, MIGUEL A | | | Reg #: | 71563-066 |
| Date of Birth: | 03/09/1988 | Sex: | M   Race:  WHITE | Facility: | COM |
| Encounter Date: | 06/01/2016 13:47 | Provider: | Li, Richard MD | Unit: | B04 |

#### Exam Comments
CBC, LFT wnl

### ASSESSMENT:

Allergic rhinitis, cause unspecified, 477.9 - Current

### PLAN:
**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Fluticasone Propionate Spray | 06/01/2016 13:47 | 1 spray Per Nostril  -  Two Times a Day x 180 day(s) |

**Indication:** Allergic rhinitis, cause unspecified

### Disposition:
Follow-up at Sick Call as Needed

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/01/2016 | Counseling | Compliance - Treatment | Li, Richard | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Li, Richard MD on 06/01/2016 14:04

```
MIMBW  600.00 *           SECURITY/DESIGNATION        *     10-20-2015
PAGE 001 OF 001 *                 DATA                *     13:12:10
     REGNO: 71563-066   NAME: CANALES-VILLALONGO, MIGUEL        ORG: DSC
RC/SEX/AGE: W/M/27  FORM D/T: 10-15-2015/1556   RES: PHILA, PA 19134
OFFN/CHG..: CNSP TO PWITD AT LEAST 2<3.5KGS COC NEAR A PROTECTED LOC,POSS
            A FA IN FRTHRNCE DRG TRFFCK CRM;3:13CR01130(1);157M/8YRS
CUSTODY..: IN           BIL:          CITIZENSHP: UNITED STATES OF AMERICA
CIM CONS.:                                      USM: FRQ
JUDGE....: GARCIA-GREGO  RECFACL/PGM: STATE OF FLORIDA/DAP/MED EVAL  VOLSUR: NO
VS DT/LOC:                       MOS REL: 122   SEVERITY: MODERATE
CHP/CHS/S: 001/00/PSI    VIOLENCE: SERIOUS 5-10 YRS   ESCAPES.: NONE
DETAINER.: LOW/LOW MOD   AGE: 25-35   EDUC LV: NO HS/GED,NO GED PGM   HGC: UNK
DRUG/ALC.: < 5YRS AGO    TOTAL  17    SEC LVL: MEDIUM
PUB SAFTY: SENTLEN             CAR MD/MH: SCRN1/CARE1-MH     OMDT REF: NO
CCM RMKS.: R/MDM.CONSPIRED W/DTO AS A ORGANIZER/LEADER/ENFORCER,POSS FA
           MADE THRTS OF VIOL,RSP FOR 2<3.5KGS COC.PR-09'AGG BTTRY(SHOT
           VCTCM W/I TO KILL)JT;PC-12'CRM CNSP TO MANUF/DEL CDS;NO PSYX;
           MEDX ASTHMA,SINUSITIS,LUMP RT.TESTICLE;GAF=UNK
DESIG: COLEMAN FCI MEDIUM      DSC JRW 10-16-2015 RSN: LEVEL  MSL:
MGTV/MVED.:
DESIG RMKS: JUD REC FOR FACL FOLLOWED. NOTE JUD RECS FOR DAP & MEDICAL
            EVAL/TRMT.


G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

# CORONAVIRUS TSUNAMI THREATENS PRISON SYSTEM

A week ago, the US had 3,500 confirmed COVID-19 cases, with 40 deaths. A scant seven days later, those numbers have increased by an order of magnitude: the nation has just passed 33,000 confirmed cases  including several members of Congress  and 413 deaths. And although some local and state governments are releasing thousands of inmates in order to prevent a coronavirus outbreak in crowded jails and prisons, there is no federal move to do so.

As of late last night, the Wall Street Journal reported, the Bureau of Prisons had confirmed three staff and three inmate cases. One of the BOP staff members who is presumed positive worked at a New Hampshire facility and may have been in contact with inmates, a BOP official told CBS News.

But despite inmate rumors to the contrary, the BOP is not using its furlough power, RRC placement, Elderly Offender Home Detention program, or power to recommend compassionate release to speed the release of vulnerable inmates.

Last week, the ACLU called on Attorney General William Barr to "immediately seek sentences consistent with retroactive application of provisions of the First Step Act, including the 851 enhancement, safety valve, and 924(c) "stacking" provisions." The ACLU demanded that BOP increase use of compassionate release for those over 65, have a medical condition; or who suffer from diseases making them vulnerable to the COVID-19 disease, and people within a year of release.

On Thursday, the Federal Public & Community Defenders asked DOJ to direct the BOP to grant the maximum amount of home confinement and to expand its reasons for recommending compassionate release to include risks of coronavirus to "identified persons over the age of 60, as well as persons with diabetes, respiratory problems, and compromised immune systems as facing special danger from COVID-19."

Inmate rumors that the BOP will release minimum security inmates were stoked by reports of a petition posted at the website change.org, demanding that President Trump order all BOP campers be sent to home confinement for the duration of the COVID-19 emergency. As of late Sunday, the petition had over 37,000 signatures. The odds this petition will have any effect whatsoever are zero.

Inmates face substantial risks due to the tight spaces in crowded conditions and strained health-care systems, according to experts. An opinion column in The New York Times last week warned that prisons and jails would be "the epicenter of the pandemic" unless action was taken. A similar column in The Washington Post warned, "Unless government officials act now, the novel coronavirus will spread rapidly in our jails and prisons, endangering not only prisoners and corrections workers but the general public as well."

"We're all headed for some dire consequences," The Wall Street Journal quoted Daniel Vasquez, a former California warden, as saying. "I think it's going to be impossible to stop it from spreading."

CBS News reported Thursday that BOP employees say their lives are in danger after bungled instructions and widespread supply shortages. "The agency is in chaos," CBS quoted Joe Rojas, regional vice president of a correctional officer labor union, as saying. "We are just scrambling to get things in order." At a Florida FCI, BOP staffers told CBS News that officers transferring

inmates lack access to protective gear, soap, and hand sanitizer. Gloves are in short supply, and workers plan to reuse disposable masks.

"Our supply is very limited," Kristan Morgan, vice president of an officers' union, told CBS. "It's kind of like survival of the fittest at this point." She said she spent Tuesday afternoon admitting a busload of 12 new inmates, all of whom had high fevers. The facility's doctor is out sick, and their two nurses and one nurse practitioner are working around the clock. BOP staff have started to call in sick in order to avoid exposure. "They feel really betrayed," said union president Ray Coleman said.

*Attachment #3*

# WHAT'S HAPPENING

# AT

# ALLENWOOD

## (AND THE BOP FACILITIES)

Attachment #4

### A.     *COVID-19 is spreading through BOP at an exponential rate.*

The Court is familiar with the threat posed by COVID-19, particularly in the prison setting, where social distancing and hygiene recommended by the Centers for Disease Control are very difficult to achieve. Data shows that, not surprisingly, the virus is tearing through the BOP at a rate exponentially higher than it is spreading elsewhere in the United States. Indeed, at the time *PEHHiNER* reportedly submitted his request for compassionate release with his Allenwood warden (         ), BOP was reporting 377 inmates and staff were infected (not including those who had been infected but recovered), and 8 people dead. Today, BOP reports 1,948 are infected (not including those who have recovered), and 23 more people have perished, bringing the death count to 31.[1] The universe of those who have died from the virus in custody includes people under the age of 60, and people to whom courts had granted compassionate release but fell ill and died before the orders could be effectuated, and a 30-year old woman who had just given birth.[2]



**Total BOP-Reported Positive Tests for COVID-19 Nationwide (Includes Staff and Inmates)**

**COVID-19 Rate of Infection for Various Populations**

| Location | Cases | Population | Infection Rate as Percent of Population | Infections/ 1,000 People |
|---|---|---|---|---|
| BOP Population | 1,376[3] | 178,649[4] | 7.70 | 0.7702% |
| United States | 980,008[5] | 329,574,093[6] | 2.97 | 0.2974% |
| China | 83,912[7] | 1,394,015,977[8] | 0.06 | 0.0060% |
| | 199,414[9] | 62,402,659[10] | 3.20 | 0.3196% |

| | BOP has an infection rate X times higher |
|---|---|
| Compared to the United States | 2.590248 |
| Compared to China | 127.9563 |
| Compared to Italy | 2.410268 |

Moreover, there is ample reason to believe that the Bureau of Prisons' numbers probably understate the spread within its system overall, and that there very well could be people infected with the virus at FCI Allenwood Low now, notwithstanding the BOP report. First, BOP excludes data from private run prisons.[11] Second, BOP's website lists only "lab positive tests," omitting "suspected, presumed positive, or clinically confirmed."[12] Third, the BOP numbers, which show no positive cases at the complex in which Petitioner is housed, appear to exclude at least two staff members who have tested positive, according to news sources.[13] Finally, it is by now well-known that people infected with COVID-19 "may not show symptoms.[14] The only way to be sure how many people in a prison are positive for the virus is to test them all, as some state prison systems have begun to do (causing their numbers to skyrocket), but BOP has not engaged in widespread testing.[15]

B.     Conditions at Petitioner facility are conducive to spreading the virus.

Moreover, the inherent problem at every prison is that people come and go, and move about, and are packed in close quarters, sharing space and facilities. According to Petitioner, he and his fellow inmates at Allenwood Low have been locked down since April 1, like most of the rest of BOP, which will continue this lockdown through at least May 18.[16] But a lockdown is not a panacea. According to Petitioner, during

the "lockdown" in place at Allenwood, inmates are still released for 45 minutes every other day, and in that time, they share showers, furniture, phones, and computers. Neither hand-sanitizer bottles nor disinfectant wipes are made available to the inmates either inside or outside of their cells. Moreover, he is not locked down alone. He shares his room and bathroom facilities with another man, whose actions he cannot control.

In short, the risk to *Petitioner* is real, and it is present now. *See United States v. Harris*, Case No. No. 19-356, 2020 WL 1482342, at *1 (D.D.C. Mar. 26, 2020) (noting that, between the time the government counseled the court to "wait and see" if any positive COVID-19 cases were detected at the D.C. jail, "at least one person at the D.C. jail has tested positive for the virus.").

C. *Petitioner 's medical conditions place him at particularly high risk for severe illness or death from COVID-19.*

Everyone incarcerated within BOP is at risk, but *Petitioner* is especially so.

He does not have permission to keep bleach or other disinfecting materials needed to regularly clean and disinfect every part of it to kill the virus, which can live for up to 72 hours on surfaces (not to mention that this I difficult for him to accomplish on his own).[18]

In addition, he is predisposed to get very sick if he contracts the virus, as he is diabetic, and suffers from, among other conditions, high blood pressure, and is 60 years old.[19] According to the Centers for Disease Control and Prevention (CDC), diabetes and severe obesity may put individuals at "high-risk for severe illness from COVID-19."[20] Indeed, a study of 5,000 hospitalized patients published on a website for the Journal of the American Medical Association showed that 57% had high blood pressure, 41% were obese, and over 1/3 had diabetes. And a group of University of Missouri and Harvard doctors recently reported that data from China showed that the "fatality rate" for diabetics was almost three times the overall fatality rate."[21]

Although the CDC highlights the risk to those over 65, the Intensive Care National Audit and Research Centre in London reports that 45.8% of those between the ages of 50-69 admitted to critical care died in critical care.[22]

While some may argue that any defendant (like *any* person) will still be at risk outside of prison, that argument misses the point. COVID-19 is extremely dangerous to Petitioner wherever it is contracted, but the ability to guard against it is greater at home, where Petitioner can truly quarantine, where he can clean his wheelchair properly with help, and where he can shower alone, and freely practice the other hygiene and cleaning recommendations of experts. None of that can happen at the prison, where he shares a room and bathroom facilities with another man, shares a common area, showers, phones and computer terminals with hundreds of men who could be infected without anyone knowing it, and has no access to his own cleaning supplies. Indeed, the CDC's website says: "People in correctional and detention facilities are at greater risk for illnesses, such as COVID-19 because of their close living arrangements with other people."[23] Or, as one district judge put it recently, in the context of granting a motion for compassionate release, prisons are "tinderboxes for infectious disease." *United States v. Rodriguez,* No. 2:03-CR-00271-AB-1, 2020 WL 1627331, at *1 (E.D. Pa. Apr. 1, 2020).

# SUPPORtive Footnotes

---

[1] BOP reports data on staff and inmates testing positive every afternoon, at www.bop.gov/coronavirus (last visited 4/29/20). The tables and charts that follow were created by an Assistant Federal Public Defender in New York, using data from www.bop.gov/coronavirus and www.cdc.gov as of April 27, 2020.

[2] BOP issues press releases regarding each death. *See* https://www.bop.gov/resources/press_releases.jsp (last visited 4/29/20). On April 1st, a district court in Northern Florida commuted a life sentence for a defendant named Andre Williams to time-served with 12-months home confinement, finding age and medical conditions created significant risk of "life threatening illness should he be exposed to COVID-19 while incarcerated." *U.S. v. Williams*, No. 04-cr-95, at *7 (N.D. Fla. Apr. 1, 2020) (ECF No. 91). Before the order granting release was filed, Mr. Williams caught coronavirus in FMC Butner. He died April 12th. *See* BOP, Inmate Locator website, *available at* https://bit.ly/2XDfgZe).

[3] Includes the number of both BOP inmates and staff who have tested positive for COVID-19. Numbers obtained from www.bop.gov/coronavirus on a daily basis.

[4] Includes the number of federal inmates in BOP-managed institutions and the BOP staff complement. Numbers obtained from www.bop.gov/coronavirus on a daily basis.

[5] Numbers obtained on 4/27/2020 at 3:58pm from https://coronavirus.jhu.edu/map.html.

[6] Numbers obtained on 4/27/2020 at 3:57pm from https://www.census.gov/popclock/.

[7] Numbers obtained on 4/27/2020 at 3:58pm from https://coronavirus.jhu.edu/map.html.

[8] Numbers obtained on 4/27/2020 at 3:57pm from https://www.census.gov/popclock/.

[9] Numbers obtained on 4/27/2020 at 3:58pm from https://coronavirus.jhu. edus/map.html.

[10] Numbers obtained on 4/27/2020 at 3:57pm from https://www.census.gov/popclock/.

[11] Dan Kane, "A second federal prison in NC has coronavirus cases, and U.S. officials aren't tracking it," *The News & Observer* (Apr. 19, 2020), *available at* (reporting positives at private prison, and that BOP spokeswoman confirmed that BOP site does not report positives at privately run prisons), *available at* https://www.newsobserver.com/news/local /article242125516 .html (last visited Apr. 21, 2020).

[12] April 10, 2020 Press Release, "Rep. Bass & Nadler Demand Answers, Public Briefings from DOJ on Handling COVID-19 in Federal Prisons & CARES Act Implementation as Infections and Deaths Rise in the System," (Apr. 10, 2020), *available at* https://bass.house.gov/media-center/press-releases/rep-bass-nadler-dem and-answers -public-briefings-doj-handling-covid-19 (last visited Apr. 13, 2020).

[13] According to local news reports citing the president of the union representing corrections officers at Allenwood, a resigning staff-member tested positive after his last day, which was March 25, and another staff member was confirmed positive sometime in early April 4. Marcia Moore, "UPDATE Allenwood prison staffer tests positive for COVID-19; limited contacted with staff, prisoners," *The Daily Item* (Apr. 10, 2020) (("Hart did not know specifics, including when the unidentified corrections officer tested positive, whether he was hospitalized or what prison he will be working at next."), *available at* https://www.dailyitem.com/coronavirus/update-allenwood-prison-staffer-tests-positive-for-covid-19-limited-contacted-with-staff-prisoners/arti cle_29b79008-7a93-11ea-91da-9ff36b66bc50.html (last visited 4/27/20); Marcia Moore, "Allenwood prison worker tests positive for COVID-19," *The Daily Item* (Apr. 13, 2020) ("Hart, the president of the union representing corrections officers at U.S. Penitentiary at Allenwood, a maximum-security prison in the same complex where one officer was diagnosed with COVID-19 in March, said staff was notified of the second confirmed diagnosis on Friday."), *available at* https://www.dailyitem.com/ news/snyder_county/allenwood-prison-worker-tests-positive-for-covid-19/article_ 4c7c4484-b39b-5b59-9429-0d4fe2797f71.html (last visited 4/27/2020).

[14] Apoorva Mandavilli, "Infected but Feeling Fine: The Unwitting Coronavirus Spreaders," *New York Times* (March 31, 2020), *available at* https://www.nytimes.com 2020/03/31/health/coronavirus-asymptomatic-transmission.html (last visited Apr. 1, 2020; *see also* CDC, "How Coronavirus Spreads" webpage, *available at* https://www. cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/how-covid-spreads. html?CDC AA_refVal=https%3A%2F%2Fwww.cdc.gov%2Fcoronavirus%2F2019-ncov%2 Fpre pare%2Ftransmission.html (last visited Apr. 1, 2020).

[15] *See* C. Aspinwall, J. Neff, "These Prisons Are Doing Mass Testing For COVID-19—And Finding Mass Infections," *The Marshall Project* (Apr. 24, 2020), *available at* https://www.themarshallproject.org/2020/04/24/these-prisons-are-doing-mass-testing-for-covid-19-and-finding-mass-infections ("Only a handful of states have taken this expansive testing approach so far—but it seems responsible for a spike in reported coronavirus cases behind bars.") (last visited 4/27/20); B. Chappell, "73% of Inmates at an Ohio Prison Test Positive for Coronavirus," National Public Radio (Apr. 20, 2020), available at https://www.npr.org/sections/coronavirus-live-updates/2020/04/20/838943211/73-of-inmates-at-an-ohio-prison-test-positive-for-coronavirus (last visited 4/27/20). BOP has recently announced expanded testing, but is deploying it only at "institutions with known COVID-19 cases." *See* BOP website, "BOP Expands COVID-19 Testing," (Apr. 24, 2020) at https://www.bop.gov /resources/news/20200424_expanded_testing.jsp (last visited 4/27/20).

[16] COVID-19 Action Plan: Phase 5 (March 31, 2020), https://tinyurl.com/ rb9umrx (last visited Apr. 13, 2020); COVID-19 Action Plan: Phase 6 (Apr. 14, 2020), https://www.bop.gov/resources/news/pdfs/20200414_press_release_action_____plan_ 6.pdf (last visited Apr. 21, 2020).

Technology Users Attention: Precautions for COVID-19, at https://pva.org/covid-19/ (last visited Apr. 2, 2020); CDC, "People with Disabilities," website at https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-disabilities.html (last visited 4/27/20) (recommending regular disinfecting of wheelchairs); *see also* Numotion.com, "Coronavirus: What to do if you're in a wheelchair," at https://www.numotion.com/blog/march-2020/coronavirus-what-to-do-if-you-re-in-a-wheelchair (same, recommending disinfection of all parts of a wheelchair, not just wheels, with bleach) (last visited 4/27/20).

[19] Dkt. No. 231 at 3; Presentence Investigation Report (PSR) ¶¶ 60, 68-72.

[20] *See* CDC, "Groups at Higher Risk for Severe Illness," *available at* https://www.cdc.gov/coronavirus/2019-ncov/hcp/underlying-conditions .html (last visited 4/27/20).

[21] Michael A. Hill, Christos Mantzoros, and James R. Sowers, "Commentary: COVID-19 in patients with diabetes," Metabolism (Mar. 24, 2020), *available at* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7102643/ (last visited Apr. 17, 2020) ("Very recently a summary report from the Chinese Center for Disease Control of 72,314 cases across the country showed an overall fatality rate of 2.3% but this was increased to 10.5% in people with cardiovascular disease and 7.3 and 6%, respectively for people having diabetes or hypertension.").

[22] ICNARC report on COVID-19 in critical care, ICNARC at 14 (Apr. 4, 2020), *available at* https://www.icnarc.org/Our-Audit/Audits/Cmp/Reports (last visited 4/29/20).

The World Health Organization (WHO) identifies individuals at highest risk to include those over 60 years of age and those with cardiovascular disease, diabetes, chronic respiratory disease, and cancer. *See* https://www.who.int/docs/default-source/coronaviruse/situation-reports/20200311-sitrep-51-covid-19.pdf?sfvrsn=1ba62e57_10; see also https://www.who.int/newsroom/q-a-detail/q-a-coronaviruses. The WHO further states that the risk of severe disease increases with age starting from around 40 years.

[23] *See* https://www.cdc.gov/coronavirus/2019-ncov/community/correction-detention/faq.html (last visited Apr. 13, 2020). Moreover, locking inmates down is not a solution. Not only is lockdown a highly imperfect preventative measure as inmates are still regularly released to common areas, prolonged lockdown is more punitive than what the Court envisioned for *Petitioner* when the Court imposed its sentence.