

Miguel A Gonzalez #nsog ooo
L.S.C.I Allenwood Low
P.O.Box 1000
WHite Deer PA 17887

**CERTIFIED MAIL**

7019 2280 0000 7074 1037

UNITED STATES
POSTAL SERVICE

1000          00918

U.S. POSTAGE PAID
FCM LG ENV
WHITE DEER, PA
17887
MAY 28, 20
AMOUNT

**$0.00**
R2305K138972-08

TO: Clerk of Court Federal Building
Federico Degetau
150 Carlos Chardon Ave
Room 750
San Juan, PR. 00918

RECEIVED & FILED
2020 JUN -2 PH 3 34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN