UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    Plaintiff<br><br>              v.<br><br>**MIGUEL A CANALES-VILLALONGO**<br><br>    Defendant | **Criminal No. 13-00130-001 (JAG)** |

**MOTION FOR EXTENSION OF TIME**

**TO THE HONORABLE JAY A. GARCIA-GREGORY,
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO**

COMES NOW, DENI RODRIGUEZ, U.S. PROBATION OFFICER OF THIS HONORABLE COURT, and respectfully submits and requests as follows:

On September 29, 2015, the defendant Miguel Canales-Villalongo was sentenced to 97 months of imprisonment as to Count One, which charged him with violating 21 U.S.C. §§ 846, 841(b)(1)(B) and 860: Conspiracy to possess with intent to distribute at least 2 but less than 3.5 kilograms of cocaine within a protected location; and 60 months of imprisonment, to be served consecutively, as to Count Five which charged him with violating 18 U.S.C. 924(c)(1)(A); Possession of a firearm in furtherance of a drug trafficking crime. His total sentence was 157 months of imprisonment followed by 8 years of supervised release. Mr. Canales is serving his sentence at FCI Allenwood Low in Allenwood,

PA.  His projected date for release from confinement is August 31, 2025.

On June 2, 2020, Mr. Canales filed a Motion for Compassionate Release from Custody and Home Confinement placement at docket number 1291.  On June 3, 2020, the Court held the Motion in abeyance and ordered the Government and the Probation Office to file a response to the Motion by June 8, 2020 (See docket 1292).

On June 5, 2020, the undersigned was assigned the preparation of a Motion in Compliance with the Court's order at docket 1292.  This officer has been in contact with the Government and FCI Allenwood's Legal Division to obtain information that may assist the Court to rule on Mr. Canales' motion.  Nonetheless, efforts to obtain information have been limited by confidentiality issues regarding Mr. Canales' medical information.  A formal request for release of information was sent to FCI Allenwood's Legal Division, but the information has not been provided yet.

**WHEREFORE**, in view of these circumstances, and in an effort to comply with our statutory duty of providing the Court with the most accurate and complete information on the defendant, the undersigned U.S. Probation Officer respectfully requests from this Honorable Court to extend the date for filing the Motion in Compliance to June 19, 2020, to allow the probation officer to conduct the investigation.

**I HEREBY CERTIFY** that on June 8, 2020, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the corresponding parties and to the defendant by regular mail.

In San Juan, Puerto Rico, June 8, 2020.

        Respectfully submitted,

        LUIS O. ENCARNACION CANALES, CHIEF
        U.S. PROBATION OFFICER

        *s/ Deni Rodriguez*
        Deni Rodriguez
        U.S. Probation Officer
        U.S. Federal Bldg. & Courthouse
        150 Carlos Chardón Ave., Ste. 400
        San Juan, P.R.  00918-1741
        Tel. 787-281-1595
        deni_rodriguez@prp.uscourts.gov